CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY HELLAND (CABN 298888)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6488
Facsimile: (415) 436-6748
Kelsey.Helland@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MOHANNA, et al.

    Plaintiffs,

  v.

TRUMP, et al.,

    Defendants.

CASE NO. 3:25-CV-09161-WHO

**STIPULATION TO EXTEND TIME FOR DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS; [~~PROPOSED~~] ORDER**

The parties hereby stipulate to an extension of time for Defendants' Reply in support of their Motion to Dismiss, such that their deadline would be continued from April 10, 2026, to April 24, 2026. *See* Dkt. 16. The parties further request that the hearing on Defendants' Motion to Dismiss be continued from April 22, 2026, to May 13, 2026, at 2:00 p.m., or another date thereafter at the Court's convenience. In support of this request, undersigned counsel respectfully represents that he is currently handling an unusually large volume of litigation matters, with multiple briefing deadlines and depositions having occurred over the past two weeks and upcoming two weeks, and the additional time is required to prepare a reply.

///

///

Stipulation
3:25-CV-09161-WHO                    1

Dated: April 8, 2026                    Respectfully submitted,[1]

                                        CRAIG H. MISSAKIAN
                                        United States Attorney


                                        /s/ Kelsey Helland
                                        KELSEY HELLAND
                                        Assistant United States Attorney
                                        Attorneys for Defendant


Dated: April 8, 2026

                                        /s/ Curtis Lee Morrison
                                        CURTIS LEE MORRISON
                                        Red Eagle Law
                                        Attorney for Plaintiff


**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date:   April 9, 2026

                                        WILLIAM H. ORRICK, III
                                        United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
3:25-CV-09161-WHO                          2

**DECLARATION OF KELSEY HELLAND**

I, Kelsey Helland, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2. I am currently handling an unusually large volume of litigation matters, with multiple briefing deadlines and depositions in other matters having occurred in the past two weeks or occurring in the coming two weeks, and I require additional time to prepare a reply in support of the government's motion to dismiss.

3. On December 26, 2025, the Court granted the government's administrative motion to modify the case schedule. *See* Dkt. 13. And on March 11, 2026, the Court granted Plaintiffs' stipulated motion to extend the briefing schedule. *See* Dkt. 16.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: April 8, 2026

/s/ Kelsey Helland
KELSEY HELLAND
Assistant United States Attorney

Stipulation
3:25-CV-09161-WHO                                  3